1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2780

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  CR. NO. S-98-407 FCD
                                )
12           Plaintiff,         )  **GOVERNMENT'S MOTION TO DISMISS**
                                )  **WITHOUT PREJUDICE**
13      v.                      )
                                )
14 SAM OKOEBOR BARON,           )
      aka Sam Eborson,          )
15    aka Samuelson Davis, II,  )
                                )
16           Defendant.         )
   _____)
17

18      The United States of America, plaintiff herein, by and through

19 its undersigned attorney, hereby moves to dismiss in the interest of

20 justice, without prejudice, the Indictment filed against defendant

21 Sam Okoebor Baron, filed with this Court on September 18, 1998.

22      The United States of America moves to dismiss without prejudice

23 the case against defendant Sam Okoebor Baron on the grounds that the

24 defendant pled guilty to similar charges arising out of the same

25 transaction in the Central District of California and has served a

26 prison sentence for the conviction.  Said motion is made to dismiss

27 ///

28 ///

1

1  without prejudice so that government could seek reindictment on this
2  matter should the need arise.

3                                    Respectfully submitted,

4                                    MCGREGOR W. SCOTT
                                     United States Attorney
5

6
   DATED: 06/17/05            By: /s/ Laurel D. White
7                                 LAUREL D. WHITE
                                  Assistant U.S. Attorney
8

9  _____

10                                 ORDER

11      IT IS SO ORDERED the case is dismissed without prejudice.

12

13 DATED: June 20, 2005

14                            /s/ Frank C. Damrell Jr.
                              HONORABLE FRANK C. DAMRELL JR.
15                            United States District Court Judge

2